IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| WAYNE SIMPSON, | ) |
|---|---|
| Plaintiff, | ) ) ) ) ) |
| v. | ) Civ. No. 14-1211-SLR/SRF |
| PRINCE TELECOM, LLC, | ) ) ) ) |
| Defendant. | ) |

**ORDER**

At Wilmington this 21st day of April, 2017, having considered the Report and Recommendation issued by United States Magistrate Judge Sherry R. Fallon on March 31, 2017, and upon the expiration of the time allowed for objections pursuant to Rule 72 of the Federal Rules of Civil Procedure with no objections having been filed;

IT IS ORDERED that:

1. Magistrate Judge Fallon's Report and Recommendation (D.I. 76) is adopted.

2. Defendant's motion for summary judgment (D.I. 64) is granted.

3. The Clerk of Court is directed to enter judgment in favor of defendant Prince Telecom, LLC and against plaintiff Wayne Simpson.

_____
Senior United States District Judge